IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEVIN MASON and ANITA MASON,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF CAMAS, MATT JUSTIS and JANE DOE JUSTICE, and DON CHANEY, CHIEF OF POLICE FOR THE CITY OF CAMAS POLICE DEPARTMENT,<br><br>　　　　　　　　　Defendants. | NO. C05-5472 RBL<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE<br><br>NOTE ON MOTION DOCKET:<br><br>Friday, August 4, 2006 |

THIS MATTER came on for hearing on the motion of defendants The City of Camas, Matt Justis and Jane Doe Justice, and Don Chaney, Chief of Police for the City of Camas Police Department, by and through John E. Justice, their attorney of record, and moves this court pursuant to Fed. R. Civ. P. 7(b) for an Order continuing the trial date in the above-entitled matter.  The Court having considered the records and files herein, including specifically said defendants' motion and annexed memorandum in support, and declaration of John E. Justice, with Exhibit 1-3 Thereto in support of defendants' motion.

These records and files show that there is just cause to continue the trial date now set for January 16, 2007, specifically because this attorney of record has previously scheduled trials set for this same time period.

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion of defendants The City of Camas, Matt Justis and Jane Doe Justice, and Don Chaney, Chief of Police for the

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO CONTINUE TRIAL DATE - 1

Cause No: C05-5472 RBL

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1 City of Camas Police Department, to continue the trial date now set for January 16, 2007
2 until at least March 9, 2007 be and the same is hereby GRANTED.
3 DONE IN OPEN COURT this 7th day of September, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

/s/ John E. Justice

John E. Justice, WSBA #23042
Attorney for Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480  Fax: (360) 357-3511
email: jjustice@lldkb.com

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO CONTINUE TRIAL DATE - 2

Cause No: C05-5472 RBL

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511